# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07CR65

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KENNETH HOWARD TARZWELL. ) | |
| ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion filed by defendant's counsel entitled, "Motion for Competency Evaluation" (#13). This motion was made, pursuant to 18 U.S.C. § 4241(a). At the call of this matter on for hearing the defendant's counsel stated to the court that she wished to withdraw this motion from consideration of the court. There being no objection from the government, the motion will be considered to be withdrawn and moot.

## ORDER

IT IS, THEREFORE, **ORDERED** that the motion entitled "Motion for Competency Evaluation" (#13) filed by the defendant is hereby considered to be withdrawn and has been rendered **MOOT**.

Signed: August 20, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge